# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 482 EAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. |
| | : | 1333 EDA 2016 entered on |
| | : | September 15, 2017, **affirming** the |
| STEPHEN E. LAW, | : | Order of the Philadelphia County |
| | : | Court of Common Pleas at No. MC- |
| Petitioner | : | 51-CR-0005716-2011 entered on April |
| | : | 2, 2016 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2019, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** for proceedings consistent with this Court's decision in *Commonwealth v. Perfetto*, ___ A.3d ___, 2019 WL 1866653 (Pa. Apr. 26, 2019).